UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| HUMBERTO NEGRETE BRAVO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-03972-JFW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 9); the Reply (Dkt. 10); the Report and Recommendation of the magistrate judge (Dkt. 12, "Report"); and Petitioner's Corrected Objection to the Report (Dkt. 16-1).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

/ / /

IT IS THEREFORE ORDERED THAT Judgment shall be entered denying and dismissing the Petition with prejudice as to Counts I, II, and III, and without prejudice as to Counts IV, V, and VI.

Dated: September 1, 2026

JOHN F. WALTER
United States District Judge